# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Bryce Gross, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Baxter International, d/b/a BioLife Plasma, L.L.C., | ) ) ) | Case No. 1:17-cv-013 |
| | ) | |
| Defendant. | ) | |

On August 8, 2018, the parties filed a "Stipulation for Dismissal with Prejudice." The court **ADOPTS** the parties' stipulation (Doc. No. 24) and **DISMISSES** the above-entitled action with prejudice and without costs or disbursements to either party.

**IT IS SO ORDERED.**

Dated this 10th day of August, 2018.

                                                  */s/ Charles S. Miller, Jr.*
                                                  Charles S. Miller, Jr., Magistrate Judge
                                                  United States District Court